# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

TIMOTHY MORABITO, et al.,     )
                                   )
       Plaintiffs,          )       CASE NO. 3:09-00599
                                   )       JUDGE HAYNES
v.                               )
                                   )
BARRON A. MATHIS, et al.,     )
                                   )
       Defendants.      )

## O R D E R

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the _31_ day of July, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge