IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY MORABITO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 3:09-00599 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BARRON A. MATHIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 31st day of July, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge